RECEIVED

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

MAY 1 1 2018

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Tommy Ray Ortiz

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Bill Epperson, Carter,
Baldwin, Sharon, Raven,
James Corcoran, Tom Zubib
Ann Boise Clair, Brian Dawson,
Dr. Welch, Dr. Uddin, Dr. Trelka,
Dr. Malhotra, Nurse Danette,
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**1:18-cv-03385**
**Judge Edmond E. Chang**
**Magistrate Judge Jeffrey Cole**
**PC7**

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: Tommy Ray Ortiz

B.  List all aliases:

C.  Prisoner identification number: N/A

D.  Place of present confinement: Elgin Mental Health Center, M-unit

E.  Address: 750 S. State St., Elgin, Illinois 60123

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Bill Epperson

Title: Security Chief

Place of Employment: Elgin Mental Health Center

B.  Defendant: Carter - Badge #37

Title: Security staff

Place of Employment: Elgin Mental Health Center

C.  Defendant: Baldwin, Badge #23

Title: Security staff

Place of Employment: Elgin Mental Health Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendant(s)

Name: Sharon
  Title: Security Assistant
Employed at: Elgin Mental Health Center ✓


Name: Raven
  Title: Security Assistant
Employed at: Elgin Mental Health Center ✓


Name: James Corcoran
  Title: Administrator
Employed at: Elgin Mental Health Center ✓


Name: Tom Zubik
  Title: Administrator
Employed at: Elgin, Mental Health Center ✓


Name: Ann Boise Clair
  Title: Administrator
Employed at: Elgin Mental Health Center ✓


Name: Brian Dawson
  Title: Administrator
Employed at: Elgin Mental Health Center ✓

Defendant(s)

Name: Dr. Welch
Title: Doctor
Employed at: Elgin Mental Health Center ✓

Name: Uddin
Title: Doctor
Employed at: Elgin Mental Health Center ✓

Name: Trelka
Title: Doctor
Employed at: Elgin Mental Health Center ✓

Name: Malhotra
Title: Doctor
Employed at: Elgin Mental Health Center ✓

Name: Danette
Title: Nurse manager
Employed at: Elgin Mental Health Center ✓

Name: Brenda Lee Lee        Page #3
Title: security Assistant
Employed at: Elgin Mental Health Center

3

Defendant(s)

Name : Page                                    / Brenda Lee
Title : security Assistant                     / security Assistant
Employed at: Elgin Mental Health Center / Elgin Mental Health center


Name: "Jane Doe"
Title: Nurse
Employed at: Elgin, Mental Health Center


Name: "John Doe"
Title: security staff
Eemployed at: ~~staff~~ Elgin Mental Health Center


Name: "John Doe"
Title: security staff
Employed at: Elgin Mental Health Center


Name: "John Doe"
Title: security staff
Employed at: Elgin Mental Health Center


Name: "John Doe"                               / John Doe (Van driver)
Title: security staff                          / Security staff
Employed at: Elgin Mental Health Center / Elgin Mental Health Center

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Tommy R. Otiz vs. Linda Myer; Case # 1:18-cv-01667_

B. Approximate date of filing lawsuit: _3-6-2018_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _Linda Myer, Jeffrey Rheeding, Rachel Brown._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Chicago, Illinois_

F. Name of judge to whom case was assigned: _Honorable Thomas M. Durkin_

G. Basic claim made: _Defendant(s) attacked plaintiff and injected plaintiff with an experimental material called Harites._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _On going. Is still pending_

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Bill Epperson, Carter Badge#37, Baldwin Badge#23, Sharon and John Doe (Name unknown) Staff refuse to give names. On 3-6-2018 conspired to formulate a lie to justify attacking me physically and having me moved from the minimum security unit to the maximum security unit where the severely mentally ill are housed. Plaintiff on return to the Elgin Mental Health Center at 750 S. State St. Elgin, Illinois 60123, was physically attacked while still chained up hands and legs, plaintiff was jerked out of the transport van and onto the ground, almost falling. Plaintiff was pushed and shoved into the forensic housing unit-G where the severely mentally ill are housed. Plaintiff ask why I was not taken back to the Hinton unit where I was originally housed. Staff told me that I can grieve it too if I did not like it. I was informed by staff that I allegedly choked, or attacked and choked someone while at the

4                                                Revised 9/2007

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Hospital in Chicago, Illinois. I informed the staff that the allegation is a lie. Never-the-less I was transferred into the forensic unit-G where the severely mentally Ill and violent patients are housed. Staff immediately confiscated my medical shoes and inkpen, I was given a Crayon to write with. The security staff were laughing when my inkpen was taken and replaced with a crayon. Staff told plaintiff that he, plaintiff is on precaution status, which is a punishment status. It seemed that the staff were doing everything possible to provoke a negative response from plaintiff.

On 3-8-18 and 3-9-18 Staff started to withhold my anxiety and depression medication, once again trying to make me have a bad day.

On 4-18-2018 this plaintiff was violently attacked by a severely mentally Ill and violent patient in this forensic G-unit. Plaintiff was struck in the face and head several times, causing plaintiff facial and head injuries. Photos were taken. Police report filed. Plaintiff informed the security chief, Bill Epperson that plaintiff or the violent patient needed to be

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Statement of Claim:

moved off of unit G. Bill Epperson stated that
he was not moving the violent patient who had
just attacked me very violently off of unit G.
Later that afternoon the violent patient Claude R,
violently attacked me again without provocation
of any kind as he had done earlier that very day.
Shortly there after security staff ask plaintiff to come
into the nurses station, once in the nurse station
plaintiff was attacked by 4 or 5 security staff
who grabbed plaintiff by the arms while a nurse
injected some type of drug into plaintiff. Plaintiff
Plaintiff started having difficulty Breathing and
then told that he, plaintiff is being moved to a
different unit. Plaintiff was moved to another
forensic unit, Unit-M. This unit-M is identical
to unit G, a forensic unit fore the severely
mentally Ill and violent patients.
 The defendant(s) Wanton and Malicious actions
of placing false documentation into plaintiff's
file indicating that plaintiff is violent was done
with the wanton Malicious intent to have this
plaintiff moved to a forensic unit where the
patients are severely mentally Ill and violent.
The defendant knew that there was a high
probability that plaintiff would be attacked
in such a forensic unit as G-unit. Plaintiff
has been filing Complaints & Grievance with the
administrators since arriving here on January

Statement of Claim:

1-3-2018 and has "not received "one" reply from the administrators other than Continueous acts of retaliations From staff.

⑤ Raven, a staff member here at the Elgin Mental Health Center told this plaintiff to urinate on myself and to defecate on myself because she, Raven was not going to open my cell door so that I can use the bathroom. The Wantonly Malicious acts of being denied access to a toilet by staff member Raven was on: Jan. 30-2018 and 2-1-2018.

⑥ Brenda lee, a staff member here at the Elgin Mental Health Center refused to give me toilet paper when I ask her for enough toilet paper to wipe myself. Brenda Lee stated, "no" your not getting any toilet paper. and then laughed at plaintiff. Such toilet paper denial is a common practice here at Elgin Mental Health. ~~Brenda lee's act's Wanton and Malicious~~ Brenda lee's actions were Wanton and malicious.

⑦ Page, A staff member here at the Elgin Mental Health Center refused to give me toilet paper when I ask her for enough toilet paper to wipe myself. Page said "no", you are not getting

## Statement of Claim:

any toilet paper, and then Page and Brenda Lee laughed at plaintiff. Page's action were wanton and malicious, meant to provoke a negative response of some kind.

Defendant(s) James Corcoran, Tom Zubik, Ann Boise Clair and Brian Dawson and Doctor Welch are Administrators and Doctors; they are employed here at the Elgin Mental Health Center. They know, or should have known about the living conditions that plaintiff is currently being forced to live under. The defendant(s) do a walk-through on the units and see the filthy floors, see the patients that are filthy and smelling like urine and feces, see that none of the cells in the Forensic units have toilets or sinks in them, see that the cells have body waste on the walls of the cells, They see that normal patients are being housed in the same units with the severely mentally Ill and Violent patients, They see and smell the urine and feces on the walls and floor of the communal bathroom on the units. And they do absolutely nothing to correct the problems and conditions under which this plaintiff is forced to live. They know that housing normal patients with the severely mentally Ill and Violent patients is extremely detrimental to the mental and physical health of the normal patient(s) but the Wanton indifference the defendant(s) have shown and continue to show in regards to this plaintiff's mental and physical well being has caused this plaintiff to suffer 3 violent attacks, two by a severely mentally Ill patient, and one Violent attack by security staff and a nurse.

Statement of Claim:

⑨ The following Doctor(s), Dr Uddin, Dr. Trelka, Dr. Malhotra are employed at the Elgin Mental Health Center in Illinois located at 750 S. State St, Elgin, Illinois 60123. Said Doctors had my orthopedic shoes confiscated with the full knowledge that my right foot had been broken and healed with a deformity in the arch and ankle area. They knew, or should have known that to confiscate my orthopedic shoes would cause this plaintiff to suffer extreme pain in plaintiffs right foot. The defendant(s) showed a wanton deliberate indifference to this plaintiff's pain and suffering for months. Their actions were wanton maliciousness that showed a intent to use plaintiff's orthopedic shoes as a weapon of provocation to provoke a negative response from plaintiff by giving plaintiff's orthopedic shoes to plaintiff for a few days and then confiscating plaintiff's shoes again. The defendant(s) actions were wanton and malicious... and showed malicious indifference to plaintiff's mental and physical well being.

⑩ The following staff members are employed at the Elgin Mental Health Center, #1 John Doe, #2 John Doe, #3 John Doe, #4 John Doe are all employed as security staff members and work for security chief Bill Epperson who was also there when plaintiff was being attacked by staff... On April-18-2018, 3:55 pm.

Statement of Claim:

Or there about. Said staff members grabbed plaintiff's arms very violently and held plaintiff's arms while a Nurse injected drugs into plaintiff, causing plaintiff to have difficulty breathing and blurred vision. The defendant(s) actions showed a Wanton deliberate indifference to this plaintiff life, mental and physical health and well being when they violently shoved plaintiff against a table while the Jane Doe Nurse injected drugs of a unknown type into plaintiff's body.

(11)    Jane Doe, is employed at the Elgin Mental Health Center, 750 S. State St. Elgin, Illinois 60123. On April-18-2018 Jane Doe was employed as a Nurse at the Elgin Mental Health Center when she attacked plaintiff with a needled hypo and injected a unknown drug into plaintiff's body, causing plaintiff to have difficulty breathing and blurred vision. Since being violently attacked by staff plaintiff has been suffering from extremely bad headaches. The actions of the defendant showed a Wanton deliberate indifference to this plaintiff's life, mental and physical well being. Defendant's attack on plaintiff was malicious and with the intent to physically and mentally harm plaintiff by said attack on plaintiff.

(12)  Danette is the Nurse manager and is a staff

Statement of Claim:

8

Member here at the Elgin Mental Health
Center, 750 S. State St. Elgin, Illinois 60123.
On April-18-2018 Ms. Dariette told security
staff to Confiscate plaintiff's orthopedic shoes.
Said Confiscation of plaintiff's orthopedic
shoes again Was wanton and Malicious and
meant to provoke a Negative response from
plaintiff. That is how staff attempt to justify
physically attacking the Mentally Ill patients
here at the Elgin Mental Health Center, to provoke.

Plaintiff sues all of the defendants in their
official and in their Individual Capacity,
each for the amount of $1.000.000.00 in their
official Capacity, and $1.000.000.00 each
in their individual Capacity.

The Administrators and Doctors have not
permitted this patient any outside recreation
or inside recreation even though there is a
recreation yard just out the door in each unit
The Continuous and on-going recreation denial is
Malicious With the Wanton deliberateness to
Cause this plaintiff health problems.

Statement of Claims:                                             9

   The defendants do not have any meaningful
group therapy sessions for patients, patients
that are classified "Unfit to stand Trial" as this
plaintiff is classified.

   The defendant(s) do not provide this patient
access to a Commissary store. that sales
food items like peanut butter and jelly, bread
sandwich meat etc. Currently all that this
patient can buy is vending machine junk food
such a candy, potatochip, pops. No real food is
available through a Commissary store.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Shut down every forensic unit that does not have a toilet and basin in the cell. Force the defendant(s) to remove any and all false documentation out of Plaintiff's files. Force the defendant(s) to stop confiscating my medical shoes. Force the defendant(s) to stop stealing ~~Plaintiff~~ Plaintiff's soap and toothpaste. Force the defendant(s) to let every patient use the recreational yard, and not the dog-pin.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 4 day of May, 2018

Tommy Ortiz R.
(Signature of plaintiff or plaintiffs)

Tommy Ortiz R.
(Print name)

N/A
(I.D. Number)

Elgin Mental Health Center
750 S. State St. Elgin, Illinois 60123
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Relief:

Force the defendant(s) to pay plaintiff in their official and individual capacity $1,000,000.00 each, for plaintiff's injuries, pain and suffering.

Force the defendant(s) to shut down and clean all the units that smell of feces and urine.

Force the defendant(s) to separate all the severely mentally Ill and Violent patients from the normal patients who are not severely mentally Ill and Violent.

Force the defendant(s) to let the patient(s) have 3 hour visits with family and friends. And any family traveling 50 miles or more to visit their love one be permitted a 4 hour visit instead of just one hour as is currently being done. Force the defendant to provide a family friendly visiting area for family members who are children as well as adults.

Force the defendant(s) to fire any employee who falsifies reports and lies on patients.

Stop all forced medication injections when a patient is not severely mentally Ill and Violent.

Relief:

Force the defendant(s) to actually have meaningful group therapy sessions for the patients here at the Elgin mental Health Center.

Force the defendant(s) to provide a commissary store that patients will have access to at least once a week to buy real food items instead of the junk food now being sold to patients through vending machine. And be able to keep those food items in their cell with them.

# Exhibits

Plaintiff Has Received "NO" Response
To Any of Plaintiff's Complaint & Grievances
Other than One.

2



Bruce Rauner, *Governor*

James T. Dimas, *Secretary*

Illinois Department of Human Services

**Office of the Inspector General**
1200 South First Avenue
Hines, IL 60141

March 28, 2018

Mr. Tommy Ortiz
750 S. State Street
Elgin, IL 60123

Re: Investigative Report Case 5918-0105

Dear Mr. Ortiz:

The Office of the Inspector General (OIG) has completed its investigation into mental (psych.) abuse naming you as a victim. The finding is unfounded.

You may request clarification or reconsideration of this case in writing using the enclosed form within fifteen (15) business days of receipt of this letter. Any reconsideration request must be based on information not considered or discovered during this investigation. You will be notified in writing of the reconsideration hearing results.

Please call Donnie Williams, Bureau Chief, Northern Investigations, at (708) 338-7191 with any questions.

Sincerely,

For Michael J. McCotter
Inspector General

enc:   Reconsideration Form

# FINDINGS RESPONSE:
# CLARIFICATION OR RECONSIDERATION
# REQUEST

DATE:     March 28, 2018

FROM:     Mr. Tommy Ortiz
          750 S. State Street
          Elgin, IL  60123


TO:       Office of the Inspector General
          North Bureau of Investigations
          1200 South First Avenue
          Hines, IL  60141

RE: CASE NUMBER:5918-0105


✓ I am requesting clarification of the following:

I have filed "3 or 4" Complaints with your
office, Which Complaint are you refering to?
____I am requesting a reconsideration of the finding   attach a copy of it.

          ____based on the attached new evidence, OR

          ____based on the following evidence:




SIGNATURE: _____

PRINTED NAME: _____

EMAIL ADDRESS: _____

## EMHC Consumer Complaint/Concern Form

*If you have a complaint, concern or grievance, you (or someone on your behalf) may complete this form to report it. Complete and return to Nurse Manager.*

Complainant's Name: _Tommy Ortiz_ Unit: _G-West_ Date: _3-16-18_

Complaint:

_See Attachment_

Where did it happen? _____

When did it happen? (Date/Time): _____

Describe incident/circumstance:

_____

_____

Name(s) of staff involved (if applicable): _Ann Boise Clair, Bill Epperson,_

Witness to incident: 1. _James Corcoran_ 2. _Dr. Malhotra, 6. Starr_

Name of person completing form if other than consumer: _____

Complainant's Signature: _Tommy Ortiz_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STEP 1**        *Nurse Manager to respond within 2 business days*

**Nurse Manager :** _____ Date received: _____

□ Able to resolve on unit.
    Plan: _____

□ Unable to resolve: Reason: _____
    Forwarded to: _____ Date: _____
    *Date copied and response given to patient:* _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STEP 2**        *Next level to respond within 5 business days*

**Program Director:** _____ Date received: _____

□ N/A; data collection only
□ Able to resolve.
    Plan: _____
□ Unable to resolve.
    Reason: _____
    *Date copied and response sent to patient:* _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STEP 3** – *IF deemed appropriate*

**Facility Director:** _____ Date received: _____

□ N/A; data collection only
□ Able to resolve.
    Plan: _____
□ Unable to resolve.
    Reason: _____
    *Date copied and response sent to patient:* _____

PPM 280, Exhibit 2, revised 6/29/16

3-16-18

Grievance & Complaint on
Conditions of Confinement

This Complaint and Grievance serves to
make you aware of the issues described
here in. Ann Boise Clarr, Bill Epperson, James Corcoran,
Dr. Malhotra and Candy Starr.
Confinement and on going abuse of
power by staff members. And having made
you aware of these conditions of my Confinement
and Continuous and on going abuse of power
by staff members makes you liable in any and
all Civil actions I deem necessary to correct
and stop the abuse of power by staff members
here at the Elgin Mental Health Center, 750 S.
State St. Elgin, Illinois 60123.

Issues of abuse of power by staff members here at
there Elgin, Mental Health Center.

① Here in G. Unit, When you enter the unit you will
notice that there is the strong smell of feces in
the air as well as urine. Some staff on the
evening shift try to clean the Cells that have
patients in them that urinate and defecate on
themselves while the day shift does nothing

1

Other than harass the mentally Ill. patients. Said harassment is as follows: Denying a patient toilet paper when he needs to defecate. This is done by staff members: Brenda Lee and Staff Member Paige. Said staff also turn the Volume on the TV very low so that the patients can not hear the TV. When the patients ask them to turn up the volume on the TV, staff member Paige likes to respond telling the patient to shut up and then they will be able to hear the TV. Eve and Helen and one other seem to do there job on the day shift, the rest do not. This entire unit does not have any toilets in the Cells thus causing the heavily medicated patients to defecate and urinate in their cells over night rather than walk 50 or 60 feet to the bath room. the seriously mentally Ill. patients are going to defecate and urinate on themselves and in there cells which needs to be cleaned everyday.. Which is not being done. The Cells not having toilets in the cells should mandate that this G.unit and all other unit like G.unit without toilets in the cells be shut down until said toilet are in the Cells. One of the primary factors when it comes to patients smelling like feces all day long is the issue of Brenda Lee and staff member Paige refusing to issue toilet paper when it's needed.

2

② I, Tommy R. Ortiz have been in a punishment status since my arrival here at the Elgin Mental Health Center, arrived: Jan 3-2018. The only reason given for said placement in a punishment status is a 45 year old escape record. This patient was punished for said escape record 45 years ago, and here it is 45 years later with, with the Elgin Mental Health Center punishing me again for the very same escape record. They, the staff call it "precaution" status which is a disciplinary status. In this precaution status I am subjected to the following Wanton and Malicious punishments:

① My medical shoes are confiscated, "my" toothbrush was taken and not returned. It, the toothbrush was sent to me by a Family member.

② I am denied food items that the other patients are given access to.

③ I am denied access and use of my "electric razor".

③ I am denied access to the gym for exercise.

④ I am denied toilet paper to wipe myself after I defecate, a staff member Brenda Lee and a staff member named Paige routinely

3

deny me enough toilet paper to clean myself
properly with. Brenda lee and Paige seem
to think it's funny having a patient
standing at the control room window
having to defecate ask for toilet paper and
them "saying no".

⑤ Forced to live in a unit G. that also has
severely mentally Ill. patients in said unit.
This patient functions at a normal level
and has no mental retardation but is yet
forced to live with patient who are severely
mentally Ill. Which is detrimental to this
patients' mental Health and Wellbeing.


⑥ To: revisit a issue: On 3-6-2018, I was
driven to Chicago for a medical appointment
for my heart. The staff member, a guard
sitting directly behind me kept jabbing
something into the back of my seat during
the entire drive to Chicago. When I got out
of the Van my back was hurting on the left
and right side. The guard said his knees
were pressed into the seat's back area. That
would not cause me to have pain in my right
and left upper back area. The guards' name
is Carter, badge #37, or least that's the name
and Badge # he gave me after canceling my

4

medical appointment at the hospital there in Chicago, Ill. Later that night on 3-6-18 I was rushed to the emergency here in Elgin for chest pain and high blood pressure. I was in the emergency room 9 hours or there about. Further, staff member Carter forced a female patient to sit half of her butt on my lap during the entire drive from Elgin to Chicago. The female patient was over weight and there was not enough room for her on the seat to sit. Staff member Carter, badge #37 canceled my medical appointment at the Chicago hospital because I ask him for his name 4 times, after he had threatened to cancel it if I ask for his name again. Carter then lied and alleged that I attacked someone. No one seems to know who I was alleged to have attacked, exposing the lie for what it is. Thus far since arrival here, staff members have told me to: piss in my pants, shit on myself, piss on the wall, all while being denied access to a bathroom. I will let the court decide on the accumulitive effects all these abusive actions are having on my mental well being.

Respectfully
Tommy Ortiz

5

## EMHC Consumer Complaint/Concern Form

*If you have a complaint, concern or grievance, you (or someone on your behalf) may complete this form to report it.  Complete and return to Nurse Manager.*

Complainant's Name: Tommy Ortiz Unit: G-West Date: 3-10-18

Complaint:

See Attachment 1

Where did it happen? _____

When did it happen? (Date/Time): _____

Describe incident/circumstance:

_____
_____
_____

Name(s) of staff involved (if applicable): Bill Epperson, Dr. Melhotra, Dr. Pappas

~~Witness to incident:~~ 1. Adam Boiseclair,    2. James Corcorain, Candy Starr

Name of person completing form if other than consumer: _____

Complainant's Signature: Tommy Ortiz

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STEP 1**              *Nurse Manager to respond within 2 business days*

**Nurse Manager :** _____ Date received: _____

□ Able to resolve on unit.

  Plan: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

□ Unable to resolve: Reason: _____

  Forwarded to: _____ Date: _____

  *Date copied and response given to patient: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STEP 2**         *Next level to respond within 5 business days*

**Program Director:** _____ Date received: _____

□ N/A; data collection only

□ Able to resolve.

  Plan: _____

□ Unable to resolve.

  Reason: _____

  *Date copied and response sent to patient: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STEP 3** – *IF deemed appropriate*

**Facility Director:** _____ Date received: _____

□ N/A; data collection only

□ Able to resolve.

  Plan: _____

□ Unable to resolve.

  Reason: _____

  *Date copied and response sent to patient: _____

PPM 280, Exhibit 2, revised 6/29/16

Grivance & Complaint ON Retaliation

Notice of Civil Complaint to the U.S. District
Court. This Notice Serves to make you fully
aware of the issues described here-in.
I Have made you fully aware of the issues,
makes you liable in any and all Civil actions
I may take to Correct the issues of abuse of
power, retatiation against patients for filing
a Grievance & Complaint on Conditions of
Living and Confinement at the Elgin Mental
Health Center, at: 750 S. State st. Elgin, Illinois,
60123.

On March 6-2018, I was Driven to a Chicago
Hospital for an appointment. The drive there
was about a hour or so, with a over weight
Female patient sitting next to me with half of her
butt sitting my on my right leg made the entire
trip very painful for me. When we arrived in
Chicago- from Elgin my right leg was numb
from the Female patient sitting on my right leg
the entire trip. Once the Female patient left
the Van I made the guards aware of her,
the Female patients' seating area being to small
for her to be able to sit properly in the seat. I
explained that she was sitting half on my leg the
entire drive to Chicago. The staff members

1

involved are: Carter #37, Baldwin #23, and Sharon. The driver of the Van is also involved, he was the individual talking with the head of security, Bill Epperson. Bill Epperson is a former Illinois Department of Corrections officer. This employee, Bill Epperson claims to know me from the Illinois Dept. of Corrections. Claims he knows about a 45 year old escape record, that he knows I was punished for, 45 years ago for. Yet today, Bill Epperson is still punishing me again for a 45 year old Escape record I had," by having me transferred from the medium-minimum to a high Medium Security unit here at the Elgin mental Health Center. Epperson had the Driver _____, of the Van, the two guards that were in the Van lie, alleged that I attacked someone while being driven to the Hospital in Chicago or someone at the hospital. it self. The individual that was allegedly attacked seems to be a ghost, No one knows who I was suppose to have attacked. keep in mind that I was chained up hands and legs, I could barely stand up and walk. Anyone interested in the truth will be able to clearly see through the lies being used to punish me at this time. Said punishments are as Follows: ① Confinement in a high Medium-Max unit without just cause, denied access to the

2

gym for exercise, denied access to food items
that the other patients are given access to,
denied access to my medical boots/orthopedic
boots, My right foot was broken in 6 places that is
why the boots are needed. I am denied a Ink pen
due to the precaution status. I had to borrow
this pen I'm writing with right now. ② I am denied
a hair cut and denied shaving.
Staff members:
Dr. Malhotra, Dr Poppas, Epperson, Bill-Security
Chief, Ann Boise Clair, Dr. James Corcoran, and
Candy Starr-Case worker. All have knowledge of
my situation but have elected to do nothing.
They all know that the allegation used by Bill
Epperson to have me moved from the Hinton
unit over to G-unit is an out right lie. All of
these lies were suppose to make me angry and
want to do something stupid-"Bill Epperson plan."
He's thinking 45 years ago-not in todays reality.
When I "ask Dr. Malhatra and Dr. Poppas" why
I am on precaution status, they stated that I
might try to leave (escape.) It all comes back to
45 years ago and Bill Epperson still wanting to
retaliate against those who file suits, grievances
or just complained. To use a 45 year old History
to justify punishing me again for it today is against
the law no matter what court room you are in.
So to make it clear and completely understood, I
have already been punished for said history 45 year ago.
3

Staff members with held my medication for
depression and anxiety on March 8th and March 9th.
in an attempt to try to make me act out in a
negative way. Some one seem to think that I
was taking the situation too calmly, so they
took my medication.

The individual staff member that
started the lie at the Hospital in Chicago is a
guard named Carter #37. Once inside the
hospital I ask Carter if he could put the
woman patient in another seat due to her
sitting on my right leg all the way from Elgin to
Chicago. I ask for his name, Carter said
he was not going to give me his name. I
ask twice more for his name and he again
said he's not going to give me his name, and
further stated that if I ask him for his name
again that he is going to cancel my medical
appointment and take me back to Elgin. I
said I still need your name. Carter then
stated that my medical appointment has been
Canceled. He called the driver of the Van and
I was taken back to Elgin. The Van driver is
the one who called Bill Epperson and initiated
the lie. With Carter's help.

Respectfully
Tommy Ortiz

4

## EMHC Consumer Complaint/Concern Form

*If you have a complaint, concern or grievance, you (or someone on your behalf) may complete this form to report it. Complete and return to Nurse Manager.*

Complainant's Name: _Tommy Ortiz_ Unit: _G-Unit_ Date: _4-17-18_

Complaint:

_See Attachment!_

Where did it happen? _____

When did it happen? (Date/Time): _____

Describe incident/circumstance:

_____

_____

Name(s) of staff involved (if applicable): _Ann Boise Clair, Brian Dawson, Tom Zubik_

Witness to incident: 1 _Dr. Welch Dr. Malhotra_ 2. _James Corcoran, Bill Epperson_

Name of person completing form if other than consumer: _Staff: Dr. Trelka_

Complainant's Signature: _Tommy Ortiz_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEP 1                    *Nurse Manager to respond within 2 business days*

Nurse Manager : _____ Date received: _____

☐ Able to resolve on unit.

    Plan: _____

☐ Unable to resolve: Reason: _____

    Forwarded to: _____ Date: _____

    *Date copied and response given to patient: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEP 2                    *Next level to respond within 5 business days*

Program Director: _____ Date received: _____

☐ N/A; data collection only

☐ Able to resolve.

    Plan: _____

☐ Unable to resolve.

    Reason: _____

    *Date copied and response sent to patient: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEP 3 – *IF deemed appropriate*

Facility Director: _____ Date received: _____

☐ N/A; data collection only

☐ Able to resolve.

    Plan: _____

☐ Unable to resolve.

    Reason: _____

    *Date copied and response sent to patient: _____

PPM 280, Exhibit 2, revised 6/29/16

4-17-18

## Complaint And Grievance

To: Ann Boise Clair, Brian Dawson, Tom Zubik
Dr. Welch, James Corcoran, Bill Epperson
Dr. Malhotra and Candy Starr, and Dr. Trelka.

Confinement and on-going abuse of power
by Staff members here at the Elgin Mental
Health Center, 750 S. State St., Elgin, IL. 60123.
And having made you aware of these
abusive conditions of Confinement and the
continuous and on-going abuse of power by
staff members makes you liable in any and
all Civil actions I deem necessary to Correct
and stop the abuse of power by staff members
here at the Elgin Mental Health Center.

Issues of abuse of power by staff members
here at the Elgin Mental Health Center:

Patients are routinely threatened when they make
complaints about the actions of staff. The threat
start when the staff member tells the patient he's
being "disruptive" (for asking for more toilet paper.)
Once a patient is deem by staff to be disruptive,
the staff will call security and force the patient
into a back room where he's injected with drugs
of some kind. The staff routinely "tell the patients"

1

to check the authorization box on a questionair for the use of drugs if the patient is deemed to be disruptive by staff.

Retaliation by staff against patients who complain to much about the abusive conditions of confinement and abuses by staff members. Keep in mind, no patient here has been convicted of a crime, just unfit to stand trial.

① Relatively normal patients are forced to live in a housing unit with severely mentally Ill patients who urinate and defecate on themselves, the floors, the bathroom walls, in their cells and in the hallway. Anyone coming into G-Unit will notice the smell of urine and feces in the air. Some days it's over powering to where it makes me sick. Said severely mentally Ill patients should not be housed with normal patients due to said housing is detrimental to the mental Health of the normal patient.

② Being forced to live in a housing unit-G. with severely mentally Ill patients has caused this patient to be subjected to the same restrictive and harsh administrative policies as those imposed on the severely mentally Ill patients.

2

1-18-18
(3)

Today 4-18-18 at or around 9:30 or 9:45, I was violently attacked by another patient Named: Claude R.      , the attack occurred in a room full of patients and 2 staff member. I was struck twice in the face on my left side which left swelling under my left eye. Picture of my injuries were taken by staff. The Police report # 2018-241-76/ officer Kendell of the Elgin Police filed the report. It is obvious that the Elgin Mental Health staff want additional violence to occur between myself and patient Claude due to the fact that they left patient Claude on the G-Unit with me. This act of wanton intent to create a violent situation is Bill Epperson's doing, if it were otherwise, Bill Epperson would have moved patient Claude or myself off of G-unit. Any additional violence between patient Claude and myself is the fault of Bill Epperson and the Elgin Mental Health staff due to their malicious wanton intent to create a violent altercation. Staff seem to think the attack on me was funny.

1-18-18
(4)

Staff confiscated my inkpen this morning, stating I had "paper" on it. It gives the pen more support for writing with. The staff member confiscating my inkpen is a IVONY NUNEZ.

(5)

On the weekend, Saturday & Sunday during breakfast

3

(5) and lunch some of the patients here in G. Unit are force to eat their meals on the floor due to staff telling them they can not use the 3 tables on the Eastside Common area, (day room) staff stating that they are not going to clean up on both sides of the common areas (East & West day room areas.) When a patient tries to use the tables on the eastside common area they are told that they are being "disruptive" and "threatened" with violence from the security staff and being forcefully given a medication shot to put them to sleep.
* All being done because staff are too lazy to clean up on the East & West side day room areas on the weekends.

(6) When patients are let outside it's into a dog-pin type cage for 15 or so minutes. Though there is a recreation yard, the patients are not permitted to use it even though right outside the dog-pin type cage they are put it.

(7) The patients on G-Unit, a lot of them do not take showers, some defecate and urinate on themselves. Staff do not clean the cells of the patients who defecate & urinate on themselve properly

(8) Severely Mentally Il. and Violent patients are

4

being housed in the same living unit with patients
that are normal and not violent. Example:
me being violently attack this morning by a
severely mentally Il. and violent patient is
the over all disregard that staff show for
the safety and welfare of patients here at the
Elgin Mental Health Center, 750 S. State St., Elgin
Illinois 60123.
It is clearly a Wanton Malicious disregard
for the personal safety and welfare of patients
here at the Elgin Mental Health Center. This
facility is corrupt from the top down, operating
on lies and deception for, and to keep the
eyes of the courts and public outside their gates.
Keep in mind, no patient here under the unfit to
stand trial has been convicted of any crime, nor is
under any sentence, but is treated with contempt
and worse than a state prisoner under sentence
for murder in a disciplinary segregation unit.
Inhoused in a unit-G that has no toilet or sink in
the cell.

4-18-18    I was once again attacked by patient Claude R. tonight.
The security staff decided to move me from G-unit to
m-unit. A-unit identical to G-unit in every way. The
security Chief Bill Epperson said he's doing the move for
my safety. If that were so, why didn't he make the move
earlier, before the second attack on me in which I was
almost hit by a chair.
            Tommy Ortz

(5)

## EMHC Consumer Complaint/Concern Form

*If you have a complaint, concern or grievance, you (or someone on your behalf) may complete
this form to report it. Complete and return to Nurse Manager.*

Complainant's Name: _Tommy Ortiz_ Unit: _M-Unit_ Date: _4-20-18_

Complaint:

_See Attachment !_

Where did it happen? _____

When did it happen? (Date/Time): _____

Describe incident/circumstance:

_____

_____

Name(s) of staff involved (if applicable): _Amy Boise Clair, Brian Dawson, Tom Zubsik,_

~~Witness to incident~~: 1. _Dr. Welch_   2. _James Corcoran_

Name of person completing form if other than consumer: _____

Complainant's Signature: _Tommy Ortiz_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STEP 1**                         *Nurse Manager to respond within 2 business days*

**Nurse Manager :** _____  Date received: _____

□ Able to resolve on unit.

  Plan: _____

□ Unable to resolve: Reason: _____

  Forwarded to: _____ Date: _____

  *Date copied and response given to patient: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STEP 2**                    *Next level to respond within 5 business days*

**Program Director:** _____ Date received: _____

□ N/A; data collection only

□ Able to resolve.

  Plan: _____

□ Unable to resolve.

  Reason: _____

  *Date copied and response sent to patient: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STEP 3** – *IF deemed appropriate*

**Facility Director:** _____ Date received: _____

□ N/A; data collection only

□ Able to resolve.

  Plan: _____

□ Unable to resolve.

  Reason: _____

  *Date copied and response sent to patient: _____

PPM 280, Exhibit 2, revised 6/29/16

4-20-18

## Complaint & Grievance

TO: Bill Epperson, Security Chief.

Copied To: AWN Boise Clair, Brian Dawson
Tom Zubik, Dr. Welch, James Corcoran

Today at 12:55 pm or there about I was
taken to a outside Orthopedic Clinic here
in Elgin, Illinois. During the short trip
I ask the security if he has a cell phone
out, the guard became violently hostile,
starts screaming in my right ear, saying, yes!
I have a cell phone out, and then shoves
the flip phone in my face, saying it's a work
phone, all the while yelling into my right
ear. I ask the guard, a black guy, his name.
The guard said he does not have to give
me his, said he's not there to talk with me,
just transport me to the clinic, all the while
yelling this into my right ear. I then said
to the guard, "your being disruptive" and
he, the guard scream back at me, saying:
that's what's going into your chart, your
being disruptive. The guard continued to yell,
and I once again said to the guard, your
being disruptive which seem to make him
angrier. I don't expect to hear any truth of

the matter back from anyone in charge due
to the lies and deception that seem to be
the norm here at the Elgin Mental Health
Center, 750 S. State st. Elgin Il. 60123. The
patient is blame whenever staff need a scape-
goat for, to justify their actions, or lack of
action in any given situation where a problem has
occurred.

    Whenever a system operates on a daily basis
using lies and deception to cover up the truth
and wrong doing by staff is a system doom
to fail in the end. you can not keep the
Federal Courts outside your gates for long
once a Civil action is initiated.
Since being here I have been told by state
investigators that employees alleged that I
attempted to choke, or did choke someone
some where during a hospital trip to Chicago,
Illinois, on: 3-6-18. Keep in mind that my
hand were chained to my waist, and legs
were chained as well. Anyone looking at how
I was chained up will know that the security
guards told lies to cover up there own wrong
doing. I don't like being lied on by staff
who refuse to give me their names and then
make up a lie to deceive and mislead other.

Continued ↓

Tommy Orr

2

4-2018

Mr. Epperson, I need the full and complete names of every security staff member that was in the nurses station that held my arms while a nurse injected me with some type drug even after I objected to being forcibly given drugs. I need the nurse's full and complete name that injected the drugs into my body even after, after I objected to having drugs shot into my body.

The actions showed a reckless disregard for my life and personal safety when said drugs were forcibly injected into my body, causing me extreme difficulty breathing, blurred vision. the actions of the nurse and security staff was completely unjustified when they held my arms while a nurse injected drugs into my body causing me extremely difficulty breathing, This patient thought, and felt that security staff and the nurse were attempting to over dose this patient. This patient was not violent, or acting violent in any way, this patient objected to being forcibly given drugs and would still object. To clarify what was done, This patient was attacked by security and a nurse and forcebly injected with drug even though this patient was not violent or acting violent in any way. The attack was wanton maliciousness by staff.

13

4-22-18
8:25. Am.

Today my thoughts on this facility allegedly to help the Mentally Ill is unchanged. The policies are wanton and arbitrary, designed and carried out to inflict punishment at every level on the patients here at the Elgin Mental Health Center at 750 S. State st., Elgin Il. 60123.

This morning at 8:25 am or there about a Brian Ayers security staff member search my cell and confiscated my Toothpast and toothbrush, stating that I could not keep my toothpaste and toothbrush in my cell. I have been at this facility since Jan 3-2018 and now for the first time my toothpaste and toothbrush suddenly become contraband and arbitrarily confiscated by security staff. Instead of focusing on cleaning this M-unit so that it does not smell like feces and urine 24 hours a day, they rather have their security staff attacke me by taking my toothpaste and toothbrush in an effort to provoke some type of negative response. The attack is wanton and malicious without any sound reasoning.

Instead of housing "all of severely" Mentally Ill in one or two unit, they, "Doctors and security staff scatter the severely mentally Ill out to every unit to justify their arbitrary wanton malicious attacks on patients who are normal

4

4-22-18

and do complain about the conditions of
their confinement only to become victims of
more attacks by medical and security staff...
due to their complaining about being punished
for no obvious reasons other than a staff
member wants to inflict some arbitrary punishment
on a patient.

My orthopedic shoes have been confiscated
again at the whim of staff who only seek to,
to inflict pain and suffering on the mentally Ill
here at the Elgin Mental Health Center located
at 750 S. State St. Elgin, Illinois 60123, The
staff assume that all of the patients here are
"retarded" and do not know how to defend
themselves other than through some act of
Violence, then they call security staff who
physically attack the patients, injecting drugs
into the patient... knocking the patient out.
An Arbitrary Wanton Malicious ~~cicle~~ system
that preys on the Mentally Ill Whom are
mostly defenceless when face with defending
themselves against said arbitrary Wanton
Malicious attacks by medical and security
staff. The security staff confiscating my toothpaste
and toothbrush today is a Brian Ayers working on
M-unit, do not know if the name is correct, too many lies.

Tommy Ortiz

Continued ↓

5

4-22-18

The staff member that had my medical shoe
confiscated is a Dr. or Nurse named Danette.
I informed Ms. Danette that my right foot
had been broken in 6 places and did not heal
correctly. Stated that it does not matter, she's
still taking my orthopedic shoes. I ask why,
Ms. Danette stated that I'm on precaution due
to being "new" on the unit. I informed Ms. Danette
that I have been at this facility since Jan 3-18.
Again Ms. Danette stated that it does not matter,
she still taking my orthopedic shoes. Date shoes
were taken by Ms. Danette, 4-19-18. I am having
a lot of pain in my right foot due to my ortho
shoes being taken by Ms. Danetter.

1-22-18
3:15 pm

Tonight two staff member came into M-unit and
told the patients that they, Kris Bagle and April Perez
are taking one of the TV sets so that they-Staff
can watch sports. one of the TV sets was left for
the patients to watch. When the patients objected,
staff call security to threaten all of the patients
With total TV denial if they, the patients continued
to object to staff taking a TV set so staff could
watch stated sports for theselves. their action
were arbitrary and Wanton Maliciousness.

Tommy Ortez

6