LA

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

JUN 1 0 2019 LA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_Tommy R. Ortiz_

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

William Epperson, Tom Zubik,
James Corcoran, Ann Boise Clair,
Darrette Jungle, Carter #37,
Baldwin #23, Sharon-Jane Doe,
Tom Giomi, Jane Doe-Nurse,
Jane Doe-Raven, Brenda Lee, Jane Doe-Page

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**      **AMENDED COMPLAINT**

X     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: _Tommy Ray Ortiz_

B. List all aliases: _None_

C. Prisoner identification number: _N/A_

D. Place of present confinement: _Cook County Residental treatment unit,_

E. Address: _2600 S. California Ave, Chicago IL. 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _Tom Zubik_

Title: _Assistant Direct of forensic writ_

Place of Employment: _Elgin Mental Health Center_

B. Defendant: _James Corcoran_

Title: _Administrator_

Place of Employment: _Elgin, Mental Health Center_

C. Defendant: _Ann Boise Clair_

Title: _Administrator_

Place of Employment: _Elgin Mental Health Center_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                                 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: _Tommy Ray Ortiz_

B. List all aliases: _None_

C. Prisoner identification number: _N/A_

D. Place of present confinement: _Cook County Residential treatment unit_

E. Address: _2600 S. California Ave, Chicago, IL, 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _William Epperson_

Title: _Chief of Security_

Place of Employment: _Elgin Mental Health Center_

B. Defendant: _Darlette Jungle_

Title: _Nurses Nurse Manager_

Place of Employment: _Elgin Mental Health Center_

C. Defendant: _Security guard Carter, badge #37_

Title: _Security guard,_

Place of Employment: _Elgin Mental Health Center._

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2-A

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

A.    Name: _Tommy Ray Ortiz_

B.    List all aliases: _N/A_

C.    Prisoner identification number: _2017-0720030_

D.    Place of present confinement: _Residential treatment unit_

E.    Address: _2600 S. California, Chicago, Il, 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Baldwin, badge #23_

      Title: _Security guard_

      Place of Employment: _Elgin Mental Health Center_

B.    Defendant: _Sharon, Jane Doe_

      Title: _Security team Aid_

      Place of Employment: _Elgin Mental Health Center_

C.    Defendant: _Tom Giomi_

      Title: _Van Driver_

      Place of Employment: _Elgin Mental Health Center_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2-B                                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.   Plaintiff(s):**

A.   Name: Tommy Ray Ortiz

B.   List all aliases: N/A

C.   Prisoner identification number: 2017-0720030

D.   Place of present confinement: Residential treatment unit

E.   Address: 2600 S. California, Chicago, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.   Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: Jane Doe,

Title: Nurse

Place of Employment: Elgin Mental Health Center

B.   Defendant: Jane Doe-AKA-Raven

Title: Security tech Aid

Place of Employment: Elgin Mental Health Center

C.   Defendant: Brenda lee

Title: security teah Aid

Place of Employment: Elgin Mental Health Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2 - C

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Tommy Ray Ortiz

B. List all aliases: N/A

C. Prisoner identification number: 2017-0720030

D. Place of present confinement: Residential treatment unit

E. Address: 2600 S. California, Chicago, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Jane Doe-Page

Title: Security tech Aid

Place of Employment: Elgin Mental Health Center

B. Defendant: John Doe

Title: Security guard

Place of Employment: Elgin Mental Health Center

C. Defendant: John Doe

Title: Security guard

Place of Employment: Elgin Mental Health Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2-D                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _Tommy R. Ortiz vs. Linda Meyer, Case# 1-18-Cv-d1667_

B.  Approximate date of filing lawsuit: _3-6-2018_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

D.  List all defendants: _Linda Meyer, Jeffrey Rheeling, Rachel Brown_

_____

_____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Chicago, IL._

F.  Name of judge to whom case was assigned: _Thomas M. Durkin_

_____

G.  Basic claim made: _Defendant(s) exposed plaintiff to a Reactive Weapon system, in which the Reactive part of the weapon is absorbed into the body. see Embassy workers and and mystery illness, That the reactive Weapon being used on Embassy workers._

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _H/A_

_____

_____

I.  Approximate date of disposition: _H/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Defendant, Tom Zubik, forensic unit director caused this plaintiff to be attacked by the Elgin security guards when he, Tom Zubik told, directed said security guards to search plaintiff for a non-existent candy bar. Said security guards, defendant Carter, badge #37, being one of the guards, took plaintiff into the back room behind the nurse's station and pulled and squeezed plaintiff's testicles, causing this plaintiff to suffer extreme pain, pain that continues to this day. Said attack went on for 10 minutes or more. The attack on plaintiff was wanton maliciousness.

Plaintiff, again talked directly to defendant Zubik, explaining in detail what the security guards had done to plaintiff during the candy bar search. Defendant Zubik, again stated that the security guard had done what he, Tom Zubik told them to do. All of the guards refused to give their names, see exhibit- 1-A

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Security quard Carter, #badge 37 along with 7 other security quards took plaintiff into the backroom behind the nurse's station to physically search plaintiff for a candy bar that they knew did not exist, all a pretext made up to try to justify attacking plaintiff. Defendant Carter, badge #37 along with 7 other security quards searched this plaintiff, jerking and squeezing plaintiff testicles, causing plaintiff extreme pain and suffering, pulling plaintiff's buttocks apart and hitting plaintiff between plaintiff's buttocks, asking plaintiff, is the candy bar in there, all while laughing at plaintiff.

Defendants' attack on plaintiff was wanton maliciousness, causing plaintiff to be subjected to cruel and unusual punishment, humiliation and physical, psychological pain and suffering. See exhibit 1-A

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Defendant, James Corcoran, was told by this plaintiff that the security guards and security tech Aids are attacking patient(s) and injecting drugs into patient(s) with little, or No provacation to do so.

Plaintiff spoke directly to defendant James Corcoran, explaining in detail that the security guards and security tech Aids are attacking patient(s) and injecting drugs into patient(s) without just provocation to do so.

Plaintiff told defendant James Corcoran that the security guards and security tech Aids had attacked plaintiff, taking plaintiff into a back room behind the Nurses station, slamming plaintiff's head into a steel table while a Nurse injected a unknown drug into plaintiff. The defendant stated that the guards and security tech Aids had done what they, he, told them to do. Said actions inflicted cruel and unusual punishment on plaintiff. Plaintiff fell, →

4-B

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

striking plaintiff's head on the cell room floor. Both defendants; Tom Zubik and James Corcoran told plaintiff that the security guards and security tech Aids are doing what they, the defendant(s) Zubik and Corcoran are telling them to do. Said attacks are Wanton Maliciousness against psychiatric patient(s), patient(s) unable to defend themselves or truely understand what is happening to them. It is truely Cruel and unusual punishment against the defenseless.

Defendant, Ann Boise Clair, Was told by this plaintiff that the security guards and security tech Aids are, are attacking patient(s) with little or no provocation, slamming patient(s) head into walls and tables. This plaintiff's head was slammed into a tables in the nurses station the night plaintiff was injected with a unknown drug, 4-18-18. The defendant(s), Tom Zubik, James Corcoran and Ann Boise Clair, knew that plaintiff Was being repeatedly attacked by security guards and security tech Aids and refused to stop the retaliatory attacks on plaintiff for plaintiff's Many complaints against staff. Their actions were Wanton

5                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Cruel Maliciousness that caused this plaintiff
Needless pain and suffering, at the hands of their
security guards and security tech Aids... that
refused to give this plaintiff their names.

Defendant, William Epperson, is security Chief and
is directly in contact with all security staff, and tells
the security guards and security tech Aids what
to do. The defendant, W. Epperson gets his directive
from defendant(s), Tom Zubik, James Corcoran and
Ann Boise Clair.
Defendant, William Epperson was present the night
plaintiff was Maliciously attacked by security guards
and injected with a unknown drug. During the
attack by the security guards, plaintiff's head was
slammed into a table, causing this plaintiff to suffer
head and neck pain that continues to this day. This
plaintiff strongly believes that defendant Epperson was
trying to kill plaintiff via his security guards. The
defendant, Epperson knew that plaintiff was taking
a blood thinner called xarelto, which makes
plaintiff prone to bleeding in the brain if plaintiff

5-A                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

suffers a head injury sever enough to jar the brain
Violently by causing plaintiff's head to be struck by any
hard object. Security staff slammed plaintiff's head
into a steel table at the direction of William
Epperson, this was done when a nurse was injecting
plaintiff with a unknown drug on 4-18-18.
None of the security staff or the nurse would give
plaintiff their names. Plaintiff was taken to a cell
where plaintiff passed out, falling to the floor and
striking plaintiff's head on the floor. The defendant(s)
actions were Wanton Maliciousness that caused
this plaintiff injury to this day. Plaintiff now suffers
head and neck pain from said Cruel and Malicious
attack on plaintiff.

Defendant, Danette Jungle, was the head nurse during
the entire time period that plaintiff was at the
Elgin Mental Health Center. Defendant, Danette Jungle
repeatedly confiscated plaintiff's orthopedic shoes
with the full knowledge that plaintiff right foot is
deformed. Knew that plaintiff would suffer a lot
of pain/extreme pain at times while walking. I

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

informed defendant(s), Tom Zubik, James Corcoran, Ann Boise Clair, William Epperson directly, by speaking to each defendant when they were walking through G-Unit and M-Unit, telling them that Danette Jungle was, was repeatedly having security guards and security tech Aids take plaintiff's orthopedic shoes with the full knowledge that plaintiff's right foot is deformed, and without the orthopedic shoes to wear, plaintiff suffers a great deal of pain in plaintiff's right foot. All of the defendant(s) told plaintiff that Danette Jungle is doing what they, Zubik, Corcoran, Ann Boise Clair, William Epperson are telling her to do. Defendant(s) actions were Wanton Maliciousness. The defendant(s) would first give plaintiff his orthopedic shoes for an hour, telling plaintiff he could keep the orthopedic shoes, then send security guard and security tech Aids in again to take plaintiff's orthopedic shoes. This was done repeatedly to plaintiff in an effort to provoke plaintiff over the taking of the orthopedic shoes.

Defendant(s) inflicted cruel and unusual punishment on plaintiff without any legitimate cause or reason.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

William Epperson, caused this plaintiff to be subjected to cruel and unusual punishment when he falsified records alleging plaintiff attacked hospital staff to justify moving plaintiff into a forensic psychiatric unit with the severely mentally ill, And subjected to the same rules and policies that the severely mentally ill are subjected to, causing plaintiff to be subjected to cruel and unusual punishment. Said punishment being: denied access to a bathroom day after day, causing plaintiff to urinate and defecate on himself. Inflict cruel and unusual punishment.

---

Plaintiff's allegations against security staff, Carter #37, security staff Baldwin #23, security tech Aid, Sharon and the Van Driver, Tom Giomi are essentially the same. All of stated defendants falsified records alleging plaintiff attacked someone at the hospital to justify having plaintiff moved into the forensic psychiatric unit G with the severely mentally ill, with the full knowledge that plaintiff would be treated as if plaintiff were severely mentally ill and violent. knowing that patient(s) in that unit are routinely denied access to the bathroom, and toilet paper. Said security staff thought it was funny to have plaintiff moved into a forensic unit where they knew plaintiff would be severely abused, causing plaintiff to be

5-D

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Subject to cruel and unusual punishment, said security staff were laughing as plaintiff was dragged from a transit van chained up hands and legs into the forensic psychiatric unit G where the severely mentally ill are housed.

Jane Doe "Nurse", injected plaintiff with a unknown drug against plaintiff's explit explicit written instructions of No forced medications, Jane Doe Nurse, her actions were reckless and could have easily resulted in plaintiff's death. Jane Doe Nurse inflicted cruel and unusual punishment on plaintiff when she injected plaintiff with a drug that she knew would cause plaintiff to lose consciousness. She knew that plaintiff would lose consciousness and yet did not have plaintiff monitored, resulting in plaintiff falling to the Cell room floor and striking plaintiff's head on the floor. This was done at the explicit direction of defendant William Epperson.

Jane Doe, AKA-Raven, locked all the bathrooms and refused to open them repeatedly, causing plaintiff to urinate and defecate on himself, inflicting cruel and unusual punishment.
Security tech Aids, Brenda Lee and Jane Doe-Page, locked plaintiff out of the bathroom repeatedly, causing plaintiff to urinate and defecate on himself, and then pointing and laughing at plaintiff. Their actions were wanton maliciousness and subjected plaintiff to cruel and unusual punishment.

5-E

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Stop the abusive treatment of the defenseless mentally ill
patient at Elgin Mental Health Center. Plaintiff sues all of the
defendant(s) in their official and individual capacity, for punitive
damages in the amount of $500,000. each. Plaintiff sues all of the
defendant(s) for Compensatory damages in the amount of $ 500,000.
each. Court appoints a special master to make sure that the abuse stops.

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _15_ day of _May_, 20 _19_

Tommy Ray Ortiz
(Signature of plaintiff or plaintiffs)

Tommy Ray Ortiz
(Print name)

2017-0720030
(I.D. Number)

Tommy R. Ortiz, #2017-0720030

08-RTU-3C, P.O. Box 089002, Chicago, IL. 60608
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6-17-18
2:25 pm.

TO: Tom Zubik, Bill Epperson, James Corcoran,
Ann Boise Clair, Brian Dawson, Dr. Welch.
= Complaint =

The following matter is an act of Malicious
Staff relatiation against this plaintiff for
sue-ing Elgin mental Health staff member in
federal Court.

And having made you aware of the staff
retailration makes you liable if you do
Nothing to stop these direct and indirect acts
of staff retaliation against this plaintiff.

On 6-17-18 staff Member Rachel, being
a Nurse, called security staff alleging that
I was hiding a "Candy bar" some-where on my
person. Security staff searched me and found
No candy bar. The search seemed more of an
attack than a search with security staff
sqeezing my genitals and putting their hand
between my butt. This was a clear act of
Wanton Maliciousness meant to provoke a
Violent response from this plaintiff. There
Was No Need for "8" security staff members
to search me for a candy bar that Never was
there. I requested the Names of all of the
security staff members that searched me, and
they refused to give me their Names, laughing

1

Tommy Ortiz

as they walked away. Defendant Carter #37
Was one of the security staff involved and the
First one to start laughing when I request the
Names of all the security staff involved. The
security staff members now stated that they
wanted to search my cell for the "candy bar" even
though I never had access to my cell while at
the "dining room". Security staff now searched
my cell looking through my personal legal
property and confiscating my toothpaste, soap,
lotion, toothbrush and deodorant. I seen the
security staff throwing my personal property
around and going through my legal papers,
allegedly looking for a candy bar that they
knew was a arbitrary and Wanton Malicious
lie from the outset. Again, the security staff
refused to give me their names and laughed
at plaintiff when plaintiff requested their names.
The security staff's actions were clearly meant
to provoke a negative response from plaintiff in
order to justify a violent attack on plaintiff
by the security staff members. There could be
"no" other motive. The Security Staff are now
operating as a Goon Squad for the Elgin Mental
Health Center against those patient(s) who would dare
sue them in Court.

Tommy R. Ortiz
Tommy R. Ortiz

2

Dec. 5-18
Tommy R. Ortiz
Exhibit 1-A

To: Tom Zubik, Bill Epperson, James Corcoran, Ann Boise Clair, Brian Dawson

# Complaint

This Complaint is to make you fully aware of this, and Other previous Complaints I have personally spoken with you about on your unit Walk throughs of the patient abuse by your' security guards and your' security tech Aids. This letter, Complaint is to make you aware of the on-going abuse of patients by your' staff.

You having full and Complete knowledge of the abuse, Wanton Malicious attacks on patients and your' Failure to even make a effort to stop said abusive actions by your' staff makes you liable in any civil action I deem necessary to stop the abuse.

I have repeatedly spoken to each of you personally, except Mr. Dawson, and informed you of the on-going malicious abuse I have suffered personally at the hands of your security staff, that operates as a goon-squad. Every time that I have spoken with each of you, you've told me that the security staff are doing what you are telling them to do. When I told each of you in person exactly

1

Dec 5-18
Tommy R. Ortiz

What the abusive actions were, you simply
told me that the security guards and security
tech Aids are doing what you have instructed
them to do.

· The following issues I personally spoke with
you, on your Walk-throughs on H-unit, G-unit
and M-unit.

Jan-Feb
2018

security tech Aid, Raven on the Hinton unit
"repeatedly" locked me out of My cell-room, where
the toilet was located, and then locked the two
bathrooms in the hallway. When I ask Raven to open
my cell-room, or one of the hallway bathrooms so
that I could use the toilet, she, Raven would ~~say no~~
say no, and then grin. She, Raven would then tell
me to piss on myself, or shit my pants, because
she's not going to open any bathroom for me.

Raven's actions caused me to urinate on myself
10, or more times, and to defecate on myself five
times.

After I urinated on myself, or defecated on Myself,
Raven would open my cell-room, telling me I
smell like piss or shit and to get in my cell-room
and clean my ass up. laughing at me as I walked
past her into my cell-room. Needless to say, this is
demoralizing and humiliating for me to even

2

Dec, 5 -18
Tommy R. Ortiz

Write about. The woman, Raven is evil, and sick in the head. Raven, subjected me to Cruel & unusual punishment.

3-6-2018 | Security guards and security tech Aids, Carter, badge #37, Baldwin, badge #23, Sharon, and Tom Giorni, all falsified plaintiff's records on 3-6-2018. Said falsified record alleged plaintiff attacked someone at a hospital which all of them knew was an out-right lie.

When plaintiff was taken back to the Elgin Mental health Center, plaintiff was taken to the forensic psychiatric unit-G that housed the severely mentally ill and violent patients. Plaintiff was dragged from the transit Van and into unit-G. When security staff got plaintiff into the back room of the nurse station, they, the security staff, Bill Epperson, Carter, Baldwin removed the chains from plaintiff wrist and legs and told plaintiff to undress. Plaintiff undressed with the security staff standing there laughing at plaintiff.

Security staff then told plaintiff, do you still want our names, plaintiff said nothing, and was told to get out, go into unit-G's day room area, which plaintiff did.

Plaintiff noticed the strong smell of feces and urine in the air as plaintiff stepped into the dayroom area of unit-G. The patient(s) were walking around with feces and urine stained clothing on.

3

Dec. 5-18
Tommy R. Ortiz

Security guards Carter, badge #37, Baldwin, badge #23, security tech Aids, Sharon and Tom Giani, all falsified plaintiff's medical, psychiatric behavioral records to cause this plaintiff to be maliciously moved from the Hinton unit to unit-G, all at the direction of security Chief Bill Epperson. All of said security staff knew that their falsification of my behavioral records would cause me to be subjected to cruel and unusual punishment when I was moved to unit-G.'s forensic unit.

Unit-G's' security tech Aids, Brenda lee and Jane Doe-Paige, started out their attacks on plaintiff by denying plaintiff toilet paper when plaintiff needed to defecate, this escalated into them, Brenda lee and Jane Doe-Paige, locking plaintiff out of the commone area bathroom and refusing to open it when plaintiff ask them to do so. Both, Brenda lee and Jane Doe-Paige grinned at plaintiff, and started laughing at plaintiff when plaintiff urinated or defecated on plaintiff's self. Brenda lee and Jane Doe-Paige repeatedly did this to plaintiff, causing plaintiff to be subjected to cruel and unusual punishment, humiliation and demoralization. Plaintiff urinated and defecated on plaintiff's self 5 times due to security tech Aids Brenda lee and Jane Doe Paige refusing to open the commone area bathroom for plaintiff.

4

Dec 5-18
Tommy R. Ortiz

On the evening of, 4-18-18, plaintiff was attacked by a Nurse-Jane Doe, Who injected plaintiff with a unknown drug, Causing plaintiff chest pain and difficulty breathing, resulting in plaintiff losing Consciousness a few minutes later when plaintiff Was put into a cell-room. plaintiff's head was Jammed into a steel table by security staff, when Jane Doe Nurse maliciously injected plaintiff with the unknown drug inside the backroom of the Nurses' station... While security held plaintiff, slamming plaintiff's head into a steel table. When plaintiff was put into the cell-room, plaintiff lost consciousness, falling to the floor and striking plaintiff's head on the cell-room floor. Said attack caused plaintiff to be subjected to Cruel and unusual punishment resulting in head and neck injuries that Causes plaintiff pain to this day. This attack on plaintiff was personally directed by security chief Bill Epperson Who was there. (See Patients' Personal Safety Plan.) on Page 3, No drugs to be used on patient.

6-17-18    Security guard Carter, badge #37, along with 7 other security guards took plaintiff into the backroom behind the Nurses' station under the pretext they, 8 security guards needed to search plaintiff for a mystery Candy-bar, a Candy bar that did not exist.

5

Dec. 5-18
Tommy R. Ortiz

During the search, defendant Carter #~~38~~ 37 along with 7 other security staff, squeezed and jerked on plaintiff's testicles, causing plaintiff extreme pain and suffering. Security staff were laughing at plaintiff while they were attacking me, pulling plaintiff's buttocks apart and hitting plaintiff between plaintiff's buttocks, asking plaintiff, is the candy bar in there. They, the security staff refused to give plaintiff their names. Plaintiff was subjected to physical, psychological abuse, causing plaintiff physical, psychological suffering. Subjecting plaintiff to cruel and unusual punishment, which was out-right Wanton Maliciousness.

These staff member need to be fired.

Respectfully
Tommy R. Ortiz

6

# PERSONAL SAFETY PLAN

4.
History of Trauma

Do you have a history of trauma in childhood *NO* or adulthood *NO*? Please specify.
(Sexual, emotional or physical abuses, previous seclusion/restraint experience, or other?) _____

_____

5.

Emergency Preference

The staff will make every effort to help you calm down and control your behavior using the methods we have discussed. However, if you are in danger of hurting yourself or someone else and you are not able to control your behavior, we may need to intervene for safety reasons. Which of these would you prefer in an emergency situation?

☑ Seclusion                    ☐ Emergency medications
☐ Restraints                   ☐ No preferences

In the event of seclusion or restraints, are there any other medical or physical conditions that we should be aware of.

_____

| | Date | Time |
|---|---|---|
| RN Signature | 01-03-18 | 1100 |
| Patient Signature | 01-03-18 | 1100 |
| Reviewed ___ Patient Signature | Date | Time |
| Reviewed ___ Patient Signature | Date | Time |
| Reviewed ___ Patient Signature | Date | Time |

| Patient Name: ORTIZ, Tommy Roy | |
|---|---|
| Date of Birth: 10-3-1957 | Sex: M |
| DMHDD ID# 911 905 | |
| Facility Name: EMHC | |
| Unit/Subunit: HNTON 4UK5 | Date: 01-03-18 |

**DOC 1315**
Elgin Mental Health Center
Personal Safety Plan For Advance Crisis Planning
Early Interventions and Emergency Preferences

*Personal SafetyPlan (DOC 1315)* **(11/08/05) Revised 021810**          3

# PERSONAL SAFETY PLAN

Reviewed _____
        Patient Signature                               Date           Time

Reviewed _____
        Patient Signature                               Date           Time

Reviewed _____
        Patient Signature                               Date           Time

Reviewed _____
        Patient Signature                               Date           Time

Reviewed _____
        Patient Signature                               Date           Time

Reviewed _____
        Patient Signature                               Date           Time

Reviewed _____
        Patient Signature                               Date           Time

Reviewed _____
        Patient Signature                               Date           Time

Reviewed _____
        Patient Signature                               Date           Time

Reviewed _____
        Patient Signature                               Date           Time

Reviewed _____
        Patient Signature                               Date           Time

Reviewed _____
        Patient Signature                               Date           Time

Reviewed _____
        Patient Signature                               Date           Time

| | |
|---|---|
| Patient Name: | |
| Date of Birth: | Sex: |
| DMHDD ID#: | |
| Facility Name: | |
| Unit/Subunit: | Date: |

**DOC 1315**
Elgin Mental Health Center
Personal Safety Plan For Advance Crisis Planning
Early Interventions and Emergency Preferences

*Personal SafetyPlan (DOC 1315) (11/08/05) Revised 021810*         4

# PERSONAL SAFETY PLAN

## PURPOSE

This form will allow you to suggest calming strategies IN ADVANCE of a crisis. It will allow you to list things that are helpful when you are under stress or are upset. It will also allow you to identify things that make you angry. This will help the staff and you to enter into a "partnership of safety". This will also serve as a guide to assist in your treatment plan. The information is intended only to be helpful; it will not be used for any purpose other than to help staff understand how to best work with you to maintain your safety.

1.  It is important to consider what things are most likely to help you to feel better when you are having a hard time while you are here and after discharge. These are some possible suggestions. We may not be able to offer all of these choices but we would like to work together to figure out how we can best help you while you're here. Please tell us what has worked in the past for you.

    Initial response from individual _____

| Calming Strategies | | | |
|---|---|---|---|
| ☑ | Listen to music | ☐ | Use the soothing kit |
| ☑ | Deep breathing | ☑ | Relaxation exercises |
| ☑ | Reading a book | ☐ | Hugging a stuffed animal |
| ☑ | Writing in a journal | ☑ | Doing artwork (painting, drawing) |
| ☑ | Writing a letter | ☑ | Exercise |
| ☑ | Talking to staff | ☑ | Walking |
| ☐ | Talking with peers on the unit | ☑ | Going to your room |
| ☑ | Calling a friend or family member | ☑ | Watching TV |
| ☑ | Gentle touch on the hand or shoulder | ☐ | Medication |
| ☐ | Use the soothing room/area | ☐ | More frequent checks by staff |
| ☐ | Other ? (please list) | | |

| Patient Name: | ORTIZ, TOMMY RAY | |
|---|---|---|
| Date of Birth: | 10/3/1957 | Sex: M |
| DMHDD ID# | 922905 | |
| Facility Name: | Emltc | |
| Unit/Subunit: | HowTon 4 445 | Date: 01-03-1 |

DOC 1315
Elgin Mental Health Center
Personal Safety Plan For Advance Crisis Planning
Early Interventions and Emergency Preferences

*Personal SafetyPlan (DOC 1315) (11/08/05) Revised 021810*          1

# PERSONAL SAFETY PLAN

2. What are some things that make it more uncomfortable for you when you're already upset? Are there any particular "triggers" that will make you more upset? Please share with us the kinds of things that can be upsetting enough to trigger a crisis.

Initial response from individual_____

<table>
<tr><td>☐</td><td>Being touched</td><td>☐</td><td>People in uniform</td></tr>
<tr><td>☐</td><td>Lack of privacy</td><td>☐</td><td>Being forced to do something (explain)</td></tr>
<tr><td>☐</td><td>Loud noise / yelling / swearing</td><td>☐</td><td>Particular time of day (when?)</td></tr>
<tr><td>☑</td><td>Being threatened</td><td>☐</td><td>Time of year (when?)</td></tr>
<tr><td>☐</td><td>Contact with person who is upsetting me</td><td>☐</td><td>Anniversaries (dates)</td></tr>
<tr><td>☐</td><td>Not having control/input (explain)</td><td>☐</td><td>Not being treated with respect</td></tr>
<tr><td>☐</td><td>Being isolated (no one to talk to)</td><td>☐</td><td>Observing others out of control</td></tr>
<tr><td>☐</td><td>Called names or made fun of</td><td>☐</td><td>Culture / gender issues (explain)</td></tr>
<tr><td>☐</td><td>Other: (please list) _____</td><td></td><td></td></tr>
</table>

*(Left margin: Trigger Assessment)*

Comments_____

3. Please describe your warning signals - for example, what you know about yourself, and what other people may notice when you are becoming upset. Check those things that describe you at that time. This information will be helpful so that together we can create new ways of coping with anger and stress:

Initial response from individual _____None_____

<table>
<tr><td>☐</td><td>Sweating</td><td>☐</td><td>Clenching teeth</td></tr>
<tr><td>☐</td><td>Crying</td><td>☐</td><td>Not taking care of self</td></tr>
<tr><td>☐</td><td>Breathing hard</td><td>☐</td><td>Running</td></tr>
<tr><td>☐</td><td>Pacing</td><td>☐</td><td>Clenching fists</td></tr>
<tr><td>☐</td><td>Yelling</td><td>☐</td><td>Not eating/unhealthy eating</td></tr>
<tr><td>☐</td><td>Threatening</td><td>☐</td><td>Isolative/non-communicative</td></tr>
<tr><td>☐</td><td>Wanting to hurt others (please be specific)</td><td></td><td></td></tr>
<tr><td>☐</td><td>Wanting to injure self (please be specific)</td><td></td><td></td></tr>
<tr><td>☐</td><td>Throwing objects / property destruction (please be specific)</td><td></td><td></td></tr>
<tr><td>☐</td><td>Other? (please list) _____</td><td></td><td></td></tr>
</table>

*(Left margin: Signals of Distress)*




## EMHC Consumer Complaint/Concern Form

*If you have a complaint, concern or grievance, you (or someone on your behalf) may complete this form to report it. Complete and return to Nurse Manager.*

Complainant's Name: *Tommy Ortiz*   Unit: *Hinton*   Date: *3-2-18*

Complaint:

*See Attachment*

Where did it happen? _____

When did it happen? (Date/Time): _____

Describe incident/circumstance:

_____

_____

Name(s) of staff involved (if applicable): *Meredith Kish, Jane, Kay*

~~Witness to incident:~~ 1. *Dr. Uddin*   2. _____

Name of person completing form if other than consumer: _____

Complainant's Signature: *Tommy Ortiz*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEP 1                    *Nurse Manager to respond within 2 business days*

**Nurse Manager :** _____   Date received: _____

☐ Able to resolve on unit.

    Plan: _____

☐ Unable to resolve: Reason: _____

    Forwarded to: _____ Date: _____

    *Date copied and response given to patient: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEP 2                    *Next level to respond within 5 business days*

**Program Director:** _____   Date received: _____

☐ N/A; data collection only

☐ Able to resolve.

    Plan: _____

☐ Unable to resolve.

    Reason: _____

    *Date copied and response sent to patient: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEP 3 – *IF deemed appropriate*

**Facility Director:** _____   Date received: _____

☐ N/A; data collection only

☐ Able to resolve.

    Plan: _____

☐ Unable to resolve.

    Reason: _____

    *Date copied and response sent to patient: _____

PPM 280, Exhibit 2, revised 6/29/16

3-2-78?

Time: 7:35 pm

## Complaint & Grievance
Notice of Civil Complaint to the U.S. District Court. This Notice Serves to make you fully aware of the issue described herein.

To: Meredith Kish, Jan. and Kay: & Dr Uddin

(1) A staff member on two different occasions told me to urinate and shit on myself after I ask her to open my room door so that I could use the bathroom in my room. Said staff member's name is Raven. Administrative action taken against said staff, None. Staff member Raven now seeks to retaliate against this patient by cutting off this patients phone calls. Staff Member Raven alleged that patient made, and got through to my party on: 3-2-18 at 7:15 pm. Said phone records will show that I did not reach my wife or anyone else. Raven lied to Remy & Jessa, telling them that I got through, having them back up her, Raven's lie, thus denying me another call at a later time. All 3 Mentioned staff, Raven, Remy & Jessa use their cell phones while on duty here in the Hinton Unit, but yet wants to use the phone call system to let Raven Retaliate against this patient for writing a ealier Complaint's on Raven.

1

(2) Issue on (N.G.R.I.) patients being housed in the same Hinton Unit where (U.S.T) patients are being housed. (Not Guilty-Reason Insanity) are by law under sentence by the Court, Where-as (Unfit to stand Trial) patients are not under sentence by the Court, thus exposing (U.S.T.) patients to a Clear and present danger when (U.S.T.) patients are forced to live with the (N.G.R.I.) patients who are under Court sentence to be served at this facility, but not with the (U.S.T) patient. The Clear and present danger from the (N.G.R.I.) is of being attacked, or Murdered by one of these patients whom Staff members like Raven tries to Manipulate.

(3) It seems that rather than do the right thing and fire staff members like Raven, Staff here at the Elgin Mental Health Center would rather retaliate against the patients to keep them from filing a Grievance and Complaint.
This notice makes you aware of the retalitory environment staff members like Raven Creates, thus now making you aware makes you liable in any and all Civil actions I deem necessary to correct the environment of fear that now exist.

Respectfully,
Tommy Ortiz
Tommy Ortiz

Continued:          2

(4) Since this patient arrived here on 1-3-17, the staff has classified this patient under a punishment classification called (precaution.) Since being in this punishment classification this patient, Tommy Ray Ortiz has been unable to use the recreational area, go to the Barbershop to get a hair cut and denied access to physically go get food items from the Canteen area. All of the above punishment #4 are arbitrary and predicated on a 40 year old escape history which this patient has already been punished for over 40 years ago, which not only makes said punishment arbitrary, but also wanton and malicious.

(5) Hinton unit is not equipt with cameras which would make this much safer of a facility. Cameras should not be an issue seeing that staff are permitted to carry their cell phones into this unit day or night. Every cell phone is a camera and video recorder in one. Every unit here at the Elgin Mental Health Center should be equipted with video cameras which would stop a lot of the abuse by staff. It would be a safety "precaution" for all of the patients. I there-fore request that video cameras be placed in this, Hinton unit.

Respectfully
Tommy Ortiz

continued:

3

⑥ At 6: pm. on 2-28-18 someone threw or shot
something into my left eye, causing a bleed
inside of my left eye. The only patients in the
immediate area were 4 (N.G.R.I.) patients, and
they are: Matthew, D. Albert, B. Emil, H. and
Verna, F., at the time I requested that a photo
be taken of the injury to my left eye, it was
denied, staff stated that the injury had to be
from an attack in order for a photo to be
taken. I did not see which of the 4 (N.G.R.I.)
patients threw or shot whatever it was into
my left eye, nor did I want to accuse the
wrong person of, but it was one of the four
(N.G.R.I.) patients. The only one that made a
threat was Albert, B. He stated a week or there
about that he was going to have to kill my
soul to save me. If there were cameras on
this unit they could have been played back
to see exactly who, which one threw or shot
something into my left eye.

Respectfully
Tommy Ortiz
Tommy Ortiz

4

EMHC Consumer Complaint/Concern Form

*If you have a complaint, concern or grievance, you (or someone on your behalf) may complete this form to report it. Complete and return to Nurse Manager.*

Complainant's Name: _Tommy Ortiz_ Unit: _G-Unit_ Date: _4-17-18_

Complaint:

_See Attachment!_

Where did it happen? _____

When did it happen? (Date/Time): _____

Describe incident/circumstance: _____

_____

_____

Name(s) of staff involved (if applicable): _Ann Boise Clair, Brian Dawson, Tom Zubik_
Witness to incident: 1. _Dr. Welch Dr. Malhotra_ 2. _James Corcoran, Bill Epperson_
Name of person completing form if other than consumer: _Staff: Dr. Trelka_

Complainant's Signature: _Tommy Ortiz_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEP 1             *Nurse Manager to respond within 2 business days*

Nurse Manager : _____ Date received: _____

□ Able to resolve on unit.

      Plan: _____

□ Unable to resolve: Reason: _____

      Forwarded to: _____ Date: _____

    *Date copied and response given to patient: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEP 2           *Next level to respond within 5 business days*

Program Director: _____ Date received: _____

□ N/A; data collection only

□ Able to resolve.

      Plan: _____

□ Unable to resolve.

      Reason: _____

    *Date copied and response sent to patient: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEP 3 – *IF deemed appropriate*

Facility Director: _____ Date received: _____

□ N/A; data collection only

□ Able to resolve.

      Plan: _____

□ Unable to resolve.

      Reason: _____

    *Date copied and response sent to patient: _____

PPM 280, Exhibit 2, revised 6/29/16

Complaint And Grievance

To: Ann Boise Clair, Brian Dawson, Tom Zubik
Dr. Welch, James Corcoran, Bill Epperson
Dr. Malhotra and Candy Starr, and Dr. Trelka.

Confinement and on-going abuse of power
by Staff members here at the Elgin Mental
Health Center, 750 S. State St., Elgin, IL. 60123.
And having made you aware of these
abusive Conditions of Confinement and the
continuous and on-going abuse of power by
Staff members makes you liable in any and
all Civil actions I deem necessary to Correct
and stop the abuse of power by Staff members
here at the Elgin Mental Health Center.

Issues of abuse of power by Staff members
here at the Elgin Mental Health Center:

Patients are routinely threatened when they make
complaints about the actions of Staff. The threat
start when the staff member tells the patient he's
being "disruptive", (for asking for more toilet paper,)
Once a patient is deem by staff to be disruptive,
the staff will call security and force the patient
into a back room where he's injected with drugs
of some kind. The staff routinely tell the patients"

1

to check the authorization box on a questionair for the use of drugs if the patient is deemed to be disruptive by staff.

Retaliation by Staff against patients who complain to much about the abusive conditions of Confinement and abuses by staff members. Keep in mind, no patient here has been Convicted of a Crime, just unfit to stand trial.

(1) Relatively normal patients are forced to live in a housing unit with severely mentally Ill patients who urinate and deferate on themselves, the floors, the bathroom walls, in their cells and in the hallway. Anyone Coming into G-Unit will notice the smell of urine and feces in the air. Some days its over powering to where it makes me sick. Said Severely Mentally Ill patients should not be housed with Normal patients due to said housing is detrimental to the mental Health of the Normal patient.

(2) Being forced to live in a housing unit G with severely mentally Ill patients has caused this patient to be subjected to the same restrictive and harsh administrative policies as those imposed on the severely mentally Ill patients.

2

1-18-18

③ Today 4-18-18 at or around 9:30 or 9:45, I was violently attacked by another patient Named: Claude R. ___, the attack occurred in a room full of patients and 2 staff member. I was struck twice in the face on my left side which left swelling under my left eye. Picture of my injuries were taken by staff. The Police report # 2018-241-76/ officer Kendell of the Elgin Police filed the report. It is obvious that the Elgin Mental Health Staff want additional violence to occur between myself and patient Claude due to the fact that they left patient Claude on the G-unit with me. This act of wanton intent to create a violent situation is Bill Epperson's doing, if it were otherwise, Bill Epperson would have moved patient Claude or myself off of G-unit. Any additional violence between patient Claude and myself is the fault of Bill Epperson and the Elgin Mental Health Staff due to their malicious wanton intent to create a violent altercation. Staff seem to think the attack on me was funny.

1-18-18

④ Staff confiscated my inkpen this morning, stating I had "paper" on it. It gives the pen more support for writing with. The staff member confiscating my inkpen is a IVONA Nunez.

⑤ On the weekend, Saturday & Sunday during breakfast

3

(5) and lunch some of the patients here in G. Unit are force to eat their meals on the floor due to Staff telling them they can not use the 3 tables on the Eastside Common area, (day room) Staff stating that they are not going to clean up on both sides of the Common areas (East & West day room areas.) When a patient tries to use the tables on the eastside Common area they are told that they are being "disruptive" and "threatened" with Violence from the security staff and being forcefully given a medication shot to put them to sleep.
\* All being done because staff are too lazy to clean up on the East & West side day room areas on the Weekends.

(6) When patients are let outside it's into a dog-pin type cage for 15 or so minutes. Though the there is a recreation yard, the patients are not permitted to use it even though right outside the dog-pin type cage they are put it.

(7) The patients on G-Unit, a lot of them do not take showers, some defecate and urinate on themselves. Staff do not Clean the Cells of the patients who defecate & urinate on themselve properly

(8) Severely Mentally Il. and Violent patients are

4

being housed in the same living unit with patients that are normal and not violent. Example: me being violently attack this morning by a Severely Mentally Ill and violent patient is the over all disregard that staff show for the safety and welfare of patients here at the Elgin Mental Health Center, 750 S. State St., Elgin Illinois 60123.

It is clearly a Wanton Malicious disregard for the personal safety and welfare of patients here at the Elgin Mental Health Center, This facility is corrupt from the top down, operating on lies and deception for, and to keep the eyes of the courts and public outside their gates. Keep in mind, no patient here under the unfit to stand trial has been convicted of any crime, nor is under any sentence, but is treated with contempt and worse than a State prisoner under sentence for murder in a disciplinary segregation unit. I'm housed in a unit-G that has no toilet or sink in the cell.

4-18-18 | I was once again attacked by patient Claude R. tonight. The security staff decided to move me from G-unit to M-unit. A-unit identical to G-unit in every way. The security Chief Bill Epperson said he's doing the move for my safety. If that were so, why didn't he make the move earlier, before the second attack on me in which I was almost hit by a chair.

Tommy Ortz

(5)

Tommy Ray Ortiz
#2017-
08-RTU
P.O. Box 089002
Chicago, IL. 60608

083C-3





06/10/2019-4

To: U.S. District Court
Prisoner Correspondence
219 S. Dearborn St.
Chicago, IL. 60604

2019 JUN 10 AM 8:26

7.85