UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Tommy Ray Ortiz
                        Plaintiff,

v.                                                         Case No.: 1:18−cv−03385
                                                            Honorable Edmond E. Chang

Bill Epperson, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 15, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Court−recruited counsel appeared and reported that two colleagues have met with Plaintiff at the custodial facility. Plaintiff's amended complaint due 12/16/2019. The Court thanks recruited counsel and the two other attorneys for their energetic and prompt action on behalf of an indigent client. The Court also explained that recruited counsel need not represent Plaintiff on all sets of claims if some are not properly joined, but may do so if they are willing (and it might be that the eventual Defendants are willing to proceed in one case). Status hearing set for 12/20/2019 at 9 a.m.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.