## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Tommy Ray Ortiz
                              Plaintiff,

v.                                            Case No.: 1:18−cv−03385
                                                       Honorable Edmond E. Chang

William Epperson, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2020:

      MINUTE entry before the Honorable Edmond E. Chang: On the motion to dismiss [46] filed by Defendants William Epperson and Thomas Zubik, Plaintiff's response is due by 03/20/2020. Defendants' reply is due by 04/03/2020. The time of the status hearing on 03/26/2020 is reset to 9:00 a.m., but still on 03/26/2020. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.