**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TOMMY R. ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 18-cv-3385 |
| | ) | |
| vs. | ) | Hon. Edmond E. Chang |
| | ) | |
| | ) | |
| WILLIAM EPPERSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS WILLIAM EPPERSON AND THOMAS ZUBIK'S
<u>MOTION TO DISMISS</u>**

Defendants William Epperson and Thomas Zubik, by their attorney, Kwame Raoul, Attorney General for Illinois, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move this Court to dismiss the claim against them in Plaintiff's Third Amended Complaint. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Defendants William Epperson and Thomas Zubik respectfully request that this honorable Court grant their motion to dismiss the claim against them in Plaintiff's Third Amended Complaint.

Respectfully Submitted,

KWAME RAOUL  /s/ *Erin Walsh*

Attorney General of Illinois

ERIN WALSH
Assistant Attorney General
General Law Bureau
100 W. Randolph, 13th Floor
Chicago, Illinois 60601
(312) 814-6122
ewalsh@atg.state.il.us

1