**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOMMY R. ORTIZ, an individual,<br><br>                                     Plaintiff,<br><br>        v.<br><br>WILLIAM EPPERSON, an individual, THOMAS ZUBIK, an individual, RHAVEN BARTEE, an individual, BRENDA LEE, an individual, JANE DOE-MENTAL HEALTH TECHNICIAN, an individual, SAMANTHA MCDORMAN, an individual, NATHAN BOYD, an individual, RALPH CARTER, an individual, ALFREDA FLETCHER, an individual, LADONALD SCOTT, an individual, MICHELLE SANTOS, an individual, JOHN DOE-SECURITY GUARD 1, an individual, and JOHN DOE-SECURITY GUARD 2, an individual,<br><br>                                   Defendants. | Case No. 18 CV 3385<br><br>Hon. Edmond E. Chang |

**JOINT STATUS REPORT**

      The Parties, through their undersigned counsel, submit this Joint Status Report as required by the Court's Minute Order on August 13, 2020:

      1.     On July 31, 2020, summons was issued with respect to Defendants Rhaven Bartee, Nathan Boyd, Ralph Carter, Alfreda Fletcher, Brenda Lee, Samantha McDorman, Michelle Santos, and LaDonald Scott, and counsel for Plaintiff has worked with the U.S. Marshal to attempt to effectuate service.

      2.     On August 11, 2020, Defendants William Epperson ("Epperson") and Thomas Zubik ("Zubik") filed a motion to dismiss Count II of the Third Amended Complaint, and Plaintiff

filed its opposition to the motion to dismiss on September 8, 2020. Defendants Epperson's and Zubik's reply is due by September 22, 2020.

3. Counsel for Plaintiff will continue to make diligent and continued efforts to try and effectuate service on Defendants Rhaven Bartee, Nathan Boyd, Ralph Carter, Alfreda Fletcher, Brenda Lee, Samantha McDorman, Michelle Santos, and LaDonald Scott.

Dated: September 10, 2020

*/s/ Erin Walsh* (with consent)

Erin Walsh
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Fl.
Chicago, Illinois 60601
(312) 814-6122
ewalsh@atg.state.il.us

*Attorney for Defendants*
*William Epperson and Thomas Zubik*

Respectfully submitted,

*/s/ Zachary R. Clark*

William J. Serritella, Jr.
wserritella@taftlaw.com
Zachary R. Clark
zclark@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive
Suite 2800
Chicago, Illinois 60601
Tel: (312) 527-4000
Fax: (312) 527-4011

*Attorneys for Plaintiff Tommy R. Ortiz*

27848463.1