USM-285

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tommy Ray Ortiz | 18 C 3385 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| William Epperson, Thomas Zubik, Rhaven Bartee, et al. | Summons and Third Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Samantha McDorman
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
613 Spring Drive, Marengo, IL 60152

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William J. Serritella, Jr.
Zachary R. Clark
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
/s/ Zachary R. Clark
TELEPHONE NUMBER: (312) 527-4000
DATE: 7/30/20

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 8/8
District of Origin No. 24
District to Serve No. A24
Signature of Authorized USMS Deputy or Clerk: PD
Date: 08/04/2020

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only different than shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 10/01/2020   Time: 2:18 [X] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | — | — | 65.00 | | $0.00 |

REMARKS: 08/05 mailed Waiver    09/23 emailed facility
10/01 Service Accepted electronically

RECEIVED
By PDittoe at 3:22 pm, Aug 04, 2020

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80



FILED
OCT 09 2020 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tommy Ray Ortiz | 18 C 3385 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| William Epperson, Thomas Zubik, Rhaven Bartee, et al. | Summons and Third Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ralph Carter
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1301 Hunters Trail, Crystal Lake, IL 60014

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William J. Serritella, Jr.
Zachary R. Clark
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Zachary R. Clark
TELEPHONE NUMBER: (312) 527-4000
DATE: 7/30/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 6/8 | 24 | 424 | PID | 08/04/2020 |

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 10/01/2020  Time: 216 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | — | — | 65.00 | | $0.00 |

REMARKS: 08/05 mailed waiver  09/23 emailed facility
10/01 Service Accepted Electronically

RECEIVED
By PDittoe at 3:21 pm, Aug 04, 2020

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# FILED
OCT 09 2020 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Tommy Ray Ortiz | COURT CASE NUMBER<br>18 C 3385 |
|---|---|
| DEFENDANT<br>William Epperson, Thomas Zubik, Rhaven Bartee, et al. | TYPE OF PROCESS<br>Summons and Third Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nathan Boyd
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
731 Redwood Court, Genoa, IL 60135

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William J. Serritella, Jr.
Zachary R. Clark
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601

Number of process to be served with this Form 285: 
Number of parties to be served in this case: 
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Zachary R. Clark
TELEPHONE NUMBER: (312) 527-4000
DATE: 7/30/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 5/8
District of Origin No.: 24
District to Serve No.: 24
Signature of Authorized USMS Deputy or Clerk: PD
Date: 08/04/2020

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 10/01/2020
Time: 2:14 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | — | — | 65.00 | | $0.00 |

REMARKS: 08/05 mailed waiver  09/23 emailed to facility
10/01 Service Accepted electronically

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

RECEIVED
By PDittoe at 3:21 pm, Aug 04, 2020

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80



FILED
OCT 09 2020 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

USM-285

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tommy Ray Ortiz | 18 C 3385 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| William Epperson, Thomas Zubik, Rhaven Bartee, et al. | Summons and Third Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michelle Santos
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1420 Getzelman Drive, Apt. 2, Elgin, IL 60123

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William J. Serritella, Jr.
Zachary R. Clark
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Zachary R. Clark
TELEPHONE NUMBER: (312) 527-4000
DATE: 7/30/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4/8
District of Origin No. 24
District to Serve No. 624
Signature of Authorized USMS Deputy or Clerk: PD
Date: 08/04/2020

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode
Date: 10/01/2020
Time: 209 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | — | — | 65.00 | | $0.00 |

REMARKS: 08/04 mailed Waiver  09/23 emailed facility
10/01 Service Accepted Electronically

RECEIVED
By PDittoe at 3:22 pm, Aug 04, 2020

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**FILED**
OCT 09 2020 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tommy Ray Ortiz | 18 C 3385 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| William Epperson, Thomas Zubik, Rhaven Bartee, et al. | Summons and Third Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LaDonald Scott
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
100 Arquilla Drive, Algonquin, IL 60102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William J. Serritella, Jr.
Zachary R. Clark
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
/s/ Zachary R. Clark
TELEPHONE NUMBER: (312) 527-4000
DATE: 7/30/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 3/8
District of Origin No. 24
District to Serve No. 024
Signature of Authorized USMS Deputy or Clerk: PTD
Date: 08/04/2020

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 10/01/2020  Time: 204 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | — | — | 65.00 | | $0.00 |

REMARKS: 08/05 mailed Waiver  09/23 emailed Facility
~~10/01~~ 10/01 Service Accepted electronically

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

RECEIVED
By PDittoe at 3:22 pm, Aug 04, 2020

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80

**FILED**

OCT 09 2020 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tommy Ray Ortiz | 18 C 3385 |
| DEFENDANT | TYPE OF PROCESS |
| William Epperson, Thomas Zubik, Rhaven Bartee, et al. | Summons and Third Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alfreda Fletcher
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1903 Sharon Avenue, Rockford, IL 61103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William J. Serritella, Jr.
Zachary R. Clark
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
/s/ Zachary R. Clark
TELEPHONE NUMBER: (312) 527-4000
DATE: 7/30/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

Total Process: 1/8
District of Origin: 24
District to Serve: A24
Signature of Authorized USMS Deputy or Clerk: PtD
Date: 08/04/2020

[X] have legal evidence of service

Date: 10/01/2020  Time: 1:57 pm

Service Fee: 65.00
Total Charges: 65.00
Amount owed to U.S. Marshal: $0.00

REMARKS: 08/05 mailed waiver 09/23 emailed facility 10/01 ~~Waiver of Service Accepted~~ Service Accepted Electronically

RECEIVED By PDittoe at 3:21 pm, Aug 04, 2020

Form USM-285
Rev. 12/80

**FILED**
OCT 09 2020 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT