**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOMMY R. ORTIZ, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM EPPERSON, an individual, THOMAS ZUBIK, an individual, RHAVEN BARTEE, an individual, BRENDA LEE, an individual, JANE DOE-MENTAL HEALTH TECHNICIAN, an individual, SAMANTHA MCDORMAN, an individual, NATHAN BOYD, an individual, RALPH CARTER, an individual, ALFREDA FLETCHER, an individual, LADONALD SCOTT, an individual, MICHELLE SANTOS, an individual, JOHN DOE-SECURITY GUARD 1, an individual, and JOHN DOE-SECURITY GUARD 2, an individual,<br><br>　　　　　　　　　　　　Defendants. | Case No. 18 CV 3385<br><br>Hon. Edmond E. Chang |

## JOINT STATUS REPORT

　　The Parties, through their undersigned counsel, submit this Joint Status Report as required by the Court's Minute Order on September 11, 2020:

　　1.　　Defendants William Epperson's and Thomas Zubik's motion to dismiss Count II of the Third Amended Complaint is fully briefed and pending before the Court.

　　2.　　On July 31, 2020, summons was issued with respect to Defendants Rhaven Bartee ("Bartee"), Nathan Boyd ("Boyd"), Ralph Carter ("Carter"), Alfreda Fletcher ("Fletcher"), Brenda Lee ("Lee"), Samantha McDorman ("McDorman"), Michelle Santos ("Santos"), and LaDonald Scott ("Scott").

3. Defendants Carter, McDorman, Santos, and Scott have all executed waivers of service dated September 23, 2020, and their answers or other responsive pleadings are due November 23, 2020. Defendant Fletcher executed a waiver of service dated August 4, 2020, but requests that her answer or other responsive pleading also be due on November 23, 2020. Plaintiff does not object to Defendant Fletcher's request.

4. Counsel for Plaintiff will continue to work with the U.S. Marshal and make diligent efforts to try and effectuate service on Defendants Bartee and Lee.

Dated: October 15, 2020

*/s/ Erin Walsh*

Erin Walsh
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Fl.
Chicago, Illinois 60601
(312) 814-6122
ewalsh@atg.state.il.us

*Attorney for Defendants William Epperson, Thomas Zubik, Ralph Carter, Michelle Santos, Alfreda Fletcher, Samantha McDorman, and LaDonald Scott*

Respectfully submitted,

*/s/ Zachary R. Clark*

William J. Serritella, Jr.
wserritella@taftlaw.com
Zachary R. Clark
zclark@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive
Suite 2800
Chicago, Illinois 60601
Tel: (312) 527-4000
Fax: (312) 527-4011

*Attorneys for Plaintiff Tommy R. Ortiz*

28047758v5