# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tommy Ray Ortiz | 18 C 3385 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| William Epperson, Thomas Zubik, Rhaven Bartee, et al. | Summons and Third Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brenda Lee
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
605 Prospect St., Apt. Upper, Elgin, IL 60120

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William J. Serritella, Jr.
Zachary R. Clark
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Zachary R. Clark
TELEPHONE NUMBER: (312) 527-4000
DATE: 7/30/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2/8
District of Origin No. 24
District to Serve No. 24
Signature of Authorized USMS Deputy or Clerk: PTD
Date: 08/04/2020

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

FILED
OCT 30 2020 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 10/23/2020
Time: 530 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy: See other

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| See other | | | | | $0.00 |

REMARKS: 08/05 mailed Waiver
See other USM 285

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

RECEIVED
By PDittoe at 3:21 pm, Aug 04, 2020

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80