# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOMMY R. ORTIZ, an individual,<br><br>          Plaintiff,<br><br>  v.<br><br>WILLIAM EPPERSON, an individual, THOMAS ZUBIK, an individual, RHAVEN BARTEE, an individual, BRENDA LEE, an individual, JANE DOE-MENTAL HEALTH TECHNICIAN, an individual, SAMANTHA MCDORMAN, an individual, NATHAN BOYD, an individual, RALPH CARTER, an individual, ALFREDA FLETCHER, an individual, LADONALD SCOTT, an individual, MICHELLE SANTOS, an individual, JOHN DOE-SECURITY GUARD 1, an individual, and JOHN DOE-SECURITY GUARD 2, an individual,<br><br>          Defendants. | Case No. 18 CV 3385<br><br>Hon. Edmond E. Chang |

## JOINT STATUS REPORT

The Parties, through their undersigned counsel, submit this Joint Status Report as required by the Court's Minute Order on October 26, 2020:

1. Pursuant to this Court's October 26, 2020 Order, the parties are to file a joint discovery status report by December 3, 2020.

2. There are currently motions to dismiss pending on behalf of all Defendants who have thus far appeared.

3. Accordingly, the parties request that the setting of any discovery schedule be deferred until the pending motions to dismiss are resolved. The parties agree that it would conserve judicial resources to defer discovery until after resolution of the motions to dismiss.

| | |
|---|---|
| Dated: December 3, 2020 | Respectfully submitted, |
| /s/ Erin Walsh | /s/ Zachary R. Clark (with consent) |
| Erin Walsh<br>Assistant Attorney General<br>General Law Bureau<br>100 West Randolph Street, 13th Fl.<br>Chicago, Illinois 60601<br>(312) 814-6122<br>ewalsh@atg.state.il.us<br><br>*Attorney for Defendants William Epperson, Thomas Zubik, Ralph Carter, Michelle Santos, Alfreda Fletcher, Samantha McDorman, and LaDonald Scott* | William J. Serritella, Jr.<br>wserritella@taftlaw.com<br>Zachary R. Clark<br>zclark@taftlaw.com<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 E. Wacker Drive<br>Suite 2800<br>Chicago, Illinois 60601<br>Tel: (312) 527-4000<br>Fax: (312) 527-4011<br><br>*Attorneys for Plaintiff Tommy R. Ortiz* |