**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Tommy Ray Ortiz | COURT CASE NUMBER: 18 C 3385 |
| DEFENDANT: William Epperson, Thomas Zubik, Raven Shead and Brenda Lee | TYPE OF PROCESS: Summons and 2nd Amended Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Rhaven Bartee

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1700 Molitor Rd. Apt. 202, Aurora, IL 60505

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William J. Serritella, Jr.
Zachary R. Clark
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

FILED 2/22/2021 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT — KE

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service: [signed]
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (312) 527-4000
DATE: 7/17/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1/1 | 24 | 24 | PTD | 12/17/2020 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 02/22/2021   Time: 316  ☐ am  ☒ pm

Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | $0.00 |

REMARKS: 12/17 mailed physical waiver  12/18 emailed waiver  02/10 emailed for update, email no longer valid
02/22 attempted phone calls, numbers invalid. Service terminated

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80