# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tommy Ray Ortiz

                      Plaintiff,

v.                                                       Case No.: 1:18−cv−03385

                                                           Honorable Edmond E. Chang

Bill Epperson, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 15, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: The extension motion [102] to answer filed by Defendants Epperson, Zubik, McDorman, Boyd, Carter, Fletcher, Scott, and Santos is granted to 04/29/2021. On review of the status report, R. 101, Bartee still has not been served and the Plaintiff is confirming whether Lee was properly served. Plaintiff shall make prompt efforts to identify Jane Doe. The following discovery schedule is set: Rule 26(a)(1) disclosures due 05/20/2021. The first round of written discovery requests must be issued by 06/10/2021. Fact discovery, including any treating health care providers (if any), must be completed by 04/29/2022. Rule 26(a)(2)(C) summaries for treating health care providers (if any) must be disclosed 75 days in advance of the fact discovery deadline, and adjusts with any general extension of fact discovery deadline. Rule 16(b) deadline to add parties or amend pleadings is 12/06/2021. The deadline to serve subpoenas is 01/10/2022, absent good cause (e.g., genuine surprise despite due diligence). The tracking status hearing of 04/16/2021 is reset to 06/25/2021 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a discovery progress report by 06/17/2021. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.